UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-62025-CIV-MORENO

ASHISH SARDAR, individually and as Personal Representative of the Estate of CLEON ALVARES, deceased,

    Plaintiff,

vs.

GARMIN INTERNATIONAL INC., a Kansas corp.; GARMIN USA, INC., a Kansas corp.; ACK TECHNOLOGIES, INC., a California corp.; AAR SERVICES, INC., an Illinois corp., and ALTITUDE CERTIFICATION, INC., a Florida corp.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Stipulation for Voluntary Dismissal Without Prejudice (**D.E. 10**), filed **February 10, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2010.

                                                                       FEDERICO A. MORENO
                                                                       CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record